UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLDWIDE AIRCRAFT
SERVICES, INC.,

     Plaintiff,

v.                                                    CASE NO. 8:24-cv-2718-SDM-TGW

CIGNA HEALTH AND
LIFE INSURANCE COMPANY,

     Defendant.

_____/

### ORDER

     A February 11, 2025 order (Doc. 23) directs the parties to mediate no later than May 16, 2025.  The parties move (Doc. 25) to extend the mediation deadline to December 1, 2025.  History teaches that expeditious mediation, especially mediation before discovery, facilitates the just and efficient resolution of an action. Even when failing to elicit a complete settlement, early mediation aids the action by focusing the litigation to core disputes before the parties expend substantial time, energy, and re-sources conducting protracted discovery.  The motion (Doc. 25) is **DENIED**.

     ORDERED in Tampa, Florida, on February 19, 2025.

_____

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE