UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JET ICU,** a Florida corporation,

      *Plaintiff,*

**CIGNA HEALTH AND LIFE INSURANCE COMPANY,** a corporation,

      *Defendant.*
_____/

Case No.: 8:24-cv-02718-SDM-TGW

Judge: Hon. Steven D Merryday

**JOINT NOTICE OF RESOLUTION**

Pursuant to Local Civil Rule 3.09, the Parties hereby notify the Court that they have resolved the above-captioned action through mediation that took place on May 8, 2025.

Dated: May 12, 2025                                                                 Respectfully submitted,

| | |
|---|---|
| */s/* Michael Brannigan | */s/* Shari Gerson |
| Michael Brannigan, Esq. | Shari Gerson, Esq., |
| Florida Bar No. 0075256 | Florida Bar No. 17035 |
| The Law Office of Michael Brannigan P.A. | GrayRobinson, P.A. |
| 1511 N. Westshore Blvd Ste 650 | 401 East Las Olas Boulevard, Suite 1000 |
| Tampa, FL 33607 | Fort Lauderdale, FL 33301 |
| Tel: (352) 796-2540 | Tel: (954) 761-8111 |
| Fax: (352) 796-2549 | Fax: (954) 761-8112 |
| MichaelBrannigan@jeticu.com | shari.gerson@gray-robinson.com |
| *Counsel for Plaintiff* | *Counsel for the Defendants* |

/s/ Jack L. Townsend
Jack L. Townsend SR., Esq.
Mediator Certification # 5887R
Law office of Jack L. Townsend Sr., P.A.
P.O. Box 291339,
Tampa, FL 33687
Tel: (813) 914-7363
Fax: (813) 914-7367
Email: jack@jacktownsend.com
*Mediator*